UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES MAURICE DUCKETT,

    Plaintiff,

v.

P. GARCIA,

    Defendant.

Case No. 24-cv-01999 BLF

**ORDER ADMINISTRATIVELY CLOSING CASE**

On March 19, 2024, Plaintiff, proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983 in the Eastern District. Dkt. No. 1. Plaintiff also filed an application for leave to proceed *in forma pauperis* ("IFP"). Dkt. No. 2. On April 1, 2024, the matter was transferred to this Court as the proper venue. Dkt. No. 6.

After reviewing the complaint, the Court finds it is identical to a previous complaint filed in this Court. *Compare* Dkt. No. 1 *with* Dkt. No. 8 of *Duckett v. Garcia*, Case No. 24-cv-00536 BLF (*Duckett I*). Recently, the Court found that *Duckett I* was duplicative of an even earlier filed action under Case No. 23-cv-04748 BLF, *Duckett v. Garcia*; the Court dismissed *Duckett I* as duplicative. Accordingly, the instant action is also duplicative. Duplicative or repetitious litigation of virtually identical causes of action is subject to

dismissal under 28 U.S.C. § 1915 as malicious. *Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988). However, it may be that Plaintiff was uncertain as to where to proceed with his claims against Defendant Garcia since he was transferred to the California Medical Facility while his case was pending. Accordingly, in the interest of justice, the Court will order this matter administratively closed as improvidently opened.

Plaintiff is advised that his claims against Defendant Garcia based on the clothed body search that occurred on January 9, 2022, shall proceed under the first action filed in this Court, under Case No. 23-cv-04748 BLF.

The Clerk of the Court shall administratively close the instant case. No filing fee is due.

**IT IS SO ORDERED.**

Dated:  __April 27, 2024____

BETH LABSON FREEMAN
United States District Judge

Order Admin. Close
P:\PRO-SE\BLF\CR.24\01999Duckett_admin-close